Matthew J. Blit, Esq.
800 Westchester Avenue, Suite S-322
Rye Brook, New York 10573
Phone: 212-967-3000
Email: mblit@levineblit.com

May 23, 2025



**VIA ECF**
The Honorable Victoria Reznik
United States Magistrate Judge
United State District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

  **Re:**  *Betancourth Brito v. Safety-Kleen Systems, Inc. – No. 7:24-cv-04545-NSR-VR*
     Joint Letter Requesting Adjournment

Dear Judge Reznik,

  This firm represents the plaintiff in the above-referenced civil action. I submit this letter, with the consent of counsel for defendant Safety Kleen Systems, Inc., respectfully requesting an adjournment of the settlement conference scheduled for May 27, 2025 at 2:30 p.m.

  Unfortunately, I have a trial conference scheduled for that date that I am unable to reschedule. Accordingly, we respectfully request that the settlement conference be adjourned to any date in June subsequent to June 12, 2025. This is the first request for an adjournment of the settlement conference.

  Thank you for the Court's time and attention to this matter.

          Truly yours,

          LEVINE & BLIT, PLLC

          Matthew J. Blit

The request is GRANTED. The settlement conference is adjourned to **June 23, 2025 at 2:30 pm**.

SO ORDERED.

Hon. Victoria Reznik, U.S.M.J.

Dated: May 27, 2025