**MEMO ENDORSED**

# Ogletree Deakins

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*Attorneys at Law*
599 Lexington Ave, Fl 17
New York, New York 10022
Telephone: 212-492-2500
Facsimile: 212-492-2501
www.ogletree.com

**John F. Walpole**
(212) 492-2069
john.walpole@ogletree.com

June 17, 2025

**In light of the scheduled settlement conf. before Judge Reznik, the parties' request to adjourn the Status Teleconf. is GRANTED. The Status Teleconf. is adjourned until July 31, 2025 at 11:00 am. The parties are directed to this Court's Order at ECF No. 32 for dial-in instructions. Clerk of Court is requested to terminate the motion at ECF No. 34.
Dated: White Plains, NY
       June 18, 2025**

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

**VIA ECF**
Hon. Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

RE:   *Betancourth Brito v Safety-Kleen Systems, Inc.*
      Case No.: 7:24-cv-04545-NSR-VR

Dear Judge Román:

We represent Defendant Safety-Kleen Systems, Inc. ("Defendant") in the above-referenced matter. On May 15, 2025, Magistrate Judge Victoria Reznik granted the parties' joint request to stay discovery *sine die* pending the outcome of the settlement conference, which is currently scheduled for June 23, 2025. *See* ECF No. 30. Magistrate Judge Reznik also directed the parties to contact Your Honor's chambers to request an adjournment of the Case Management Conference. *Id.*

Accordingly, pursuant to the Court's May 15 Order and Rule 1.E of Your Honor's Individual Practices, we respectfully request that the Case Management Conference scheduled for June 20, 2025, be adjourned to a date following the settlement conference that is convenient for the Court. We have conferred with Plaintiff's counsel, who has provided consent for this extension.

Thank you for your attention to this matter.

Respectfully submitted,

OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, PC

By:  */s/ John F. Walpole*
     John F. Walpole

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/18/2025

Cc:  All counsel of record (via ECF)

Atlanta ■ Austin ■ Berlin (Germany) ■ Birmingham ■ Boston ■ Charleston ■ Charlotte ■ Chicago ■ Cleveland ■ Columbia ■ Columbus ■ Dallas ■ Denver ■ Detroit Metro ■ Fresno ■ Greenville
Houston ■ Indianapolis ■ Kansas City ■ Las Vegas ■ London (England) ■ Los Angeles ■ Memphis ■ Mexico City (Mexico) ■ Miami ■ Milwaukee ■ Minneapolis ■ Montréal (Canada) ■ Morristown
Nashville ■ New Orleans ■ New York City ■ Oklahoma City ■ Orange County ■ Paris (France) ■ Philadelphia ■ Phoenix ■ Pittsburgh ■ Portland, ME ■ Portland, OR ■ Raleigh ■ Richmond
St. Louis ■ St. Thomas ■ Sacramento ■ Salt Lake City ■ San Antonio ■ San Diego ■ San Francisco ■ Seattle ■ Stamford ■ Tampa ■ Toronto (Canada) ■ Torrance ■ Washington