**MEMO ENDORSED**

**Ogletree Deakins**

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

*Attorneys at Law*

599 Lexington Ave, Fl 17
New York, New York 10022
Telephone: 212-492-2500
Facsimile: 212-492-2501
www.ogletree.com

John F. Walpole
(212) 492-2069
john.walpole@ogletree.com

July 30, 2025

> **In light of the parties reaching a settlement in principle, Defendant's request to adjourn *sine die* the July 31, 2025 Status Teleconf. is GRANTED with Plaintiff's consent. Clerk of Court is requested to terminate the motion at ECF No. 36.**
>
> **Dated: White Plains, NY**
>
> **SO ORDERED:**
>
> HON. NELSON S. ROMÁN
> UNITED STATES DISTRICT JUDGE

**VIA ECF**
Hon. Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

RE:  *Betancourth Brito v Safety-Kleen Systems, Inc.*
     Case No.: 7:24-cv-04545-NSR-VR

Dear Judge Román:

We represent Defendant Safety-Kleen Systems, Inc. ("Defendant") in the above-referenced matter. Pursuant to Rule 1.E of Your Honor's Individual Practices, we respectfully request that the status telephonic conference currently scheduled for July 31, 2025 (ECF No. 35), be adjourned *sine die*. The parties have reached a settlement in principle and are in the process of finalizing the terms. We have conferred with Plaintiff's counsel, who has consented to this request.

Thank you for your attention to this matter.

Respectfully submitted,

OGLETREE, DEAKINS, NASH,
  SMOAK & STEWART, PC

By:  /s/ *John F. Walpole*
         John F. Walpole

Cc:  All counsel of record (via ECF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/30/2025_

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Columbus ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Fresno ▪ Greenville
Houston ▪ Indianapolis ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Montréal (Canada) ▪ Morristown
Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR ▪ Raleigh ▪ Richmond
St. Louis ▪ St. Thomas ▪ Sacramento ▪ Salt Lake City ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Washington